STATE OF CONNECTICUT *v.* SUSAN TANGARI

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 187 (AC 14967), is denied.

*F. Mac Buckley,* in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided May 1, 1997

CADLE COMPANY OF CONNECTICUT, INC. *v.* C.F.D. DEVELOPMENT CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 409 (AC 15676), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the guarantors on the note held by the plaintiff were not liable on their guarantee?"

The Supreme Court docket number is SC 15678.

*Steven M. Basche,* in support of the petition.

*Bruce L. Elstein,* in opposition.

Decided May 1, 1997